United States District Court
Northern District of New York

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JUL 30 2021
AT _____ O'CLOCK
John M. Domurad, Clerk - Syracuse

Complaint (Pro-se Prisoner)

Case No. _____
Assigned by Clerks office upon filing

Jury Demand ☒ Yes  ☐ No

Treamen Elmore

Plaintiff

V.

Defendants

Onondaga County Justice Center
Onondaga County
Nurse AJA Young
Supervisor Nurse Marley
Deputy O'Connell, ID # 2959
Sergeant A. Keeney, ID # 2899
Naphcare Medical Department

1. Legal Basis for Complaint. This is a civil actions seeking relief and\or damages to defend and protect the rights guaranteed by constitution and laws of the united states. Indicated below the federal basis for your claims.

☒ 42 U.S.C. 1983 (State, county, or Municipal defendants

1

Plaintiffs Information
Name: Treamen Elmore
Prisoner ID#: 90 B1023
Place of detention: Clinton Correctional facility
Address: P.O. Box 2001, Dannemora, New York 12929

Indicate your confinement status when the Alleged wrong doing occured:
[X] Pretrial detainee

Defendants Information.
Defendant No.1: Onondaga County Justice Center - official capacitie
Job title: County Jail \ Municipal
Work Address: 555 South State Street, Syracuse NY 13202

Defendant No.2: AJA Young - official capacitie and Individual capacitie
Job title: Nurse
Work Address: 555 South State Street, Syracuse NY 13202

Defendant No.3: O'Connell, ID# 2959 - official capacitie and Individual capacitie
Job title: Deputy
Work Address: 555 South State Street, Syracuse NY 13202

Defendant No. 4: Marki - official capacitie and Individual capacitie
Job title: Superviser, Nurse
Work Address: 555 South State Street, Syracuse NY 13202

Defendant No. 5: A. Keeney, ID# 2899 - official capacitie and Individual capacitie
Job title: Sergeant, Superviser

Defendant No. 6: Naphcare Medical department - official capacitie ~~and Individual capacitie~~
Job title: Municipal\ medical department
Work Address: 2090 Columbiana Road, Birmingham Alabama 35216

Defendant No. 7: Onondaga County - official capacitie
Job title: Onondaga County
Work Address: John H. Mulroy civic center 10th floor, 421 Montgomery Street, Syracuse NY 13202

Complaint                         Statement of facts

1. Statement of Jurisdiction: This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the constitution of the united states. This action is brought pursuant to 42 U.S.C. 1983. The court has Jurisdiction over the action pursuant to 28 U.S.C. 1331, 1343 (3) and (4) and 2201.

2. The Northern district is proper venue for my action because my rights were violated in Onendaga county to which is the boundaries of this district.

3. On September, 4th 2020 while I was in the Onondaga county Jail (Justice Center) located at 555 South State Street, Syracuse, NY 13202 at about 8:12 P.M., I was falsely accused of participating in violating a rule despite the fact that video footage did not show me involved in any misconduct. I was solitary confined issued a misbehavior report which indicated that another Inmate by the last name of (Simmons) was found to be in possession of a pill, Medical was contacted on this same day of September, 4 2020 by a Deputy O'Connell and a Nurse AJA Young Identified the pill and told Deputy O'Connell that I am prescribed the medication that was found that was found in Inmate Simmons possession and further told Deputy O'Connell the kind of medication I was prescribed

4/

and the desage I take, on this same day of september 4, 2020 Deputy o'connell spoke with his superviser sergeant A. Keeney and told Sergeant A. Keeney the private confidential medical Information regarding what kind of medication I take that Deputy o'connell found out from Nurse AJA Young and Deputy o'connell further wrote me a misbehavoir report detailing the kind of medication I take with the desage knowing that the misbehavoir report would be public records for the public to read, Sergeant A. Keeney knew about the misbehavoir report with my private medical information in it and signed the report, I wrote a complaint about my private confidential medical Information being given out by Nurse AJA Young and Nurse Marki responded to my complaint and spoke with me and informed me that she was Nurse AJA Young superviser so I explained to Nurse Marki what AJA did and told Nurse Marki my constitutional rights to private medical information was violated, Nurse Marki responded by Telling me her Nurse AJA Young did not violate my rights and then she walked away from from me and failed to do anything about it, I have been called retarded and treated diffently by Deputy o'connell and other staff members at the onondaga county Justice center because my medical records has been exsposed the mental abuse has followed me to state prison where correctional officers are Treating me differently because of this, Both Nurse are employed by Naphcare medical department

5

First Claim: Defendant AJA Young violated my fourth and fourteenth Amendment of the federal constitution by violating my privacy rights under both Amendment and for violating my private confidential medical Information under the fourteenth Amendment. Defendant AJA Young gave my private confidential Medical Information to Deputy o'connell without my consent. I'm also claiming pain and suffering on AJA Young for what I endure from her giving away my private medical Information I'm also claiming gressly negligent on AJA Young for giving away my private medical Information

Second Claim: I am claiming supervisor liability on Defendant Nurse Marky for failing to remedy the wrong after I told Nurse Marky that her Nurse AJA Young gave Deputy o'connell my confidential Medical Information, I am also claiming gressly negligent on Nurse Marky

Third Claim: Defendant Deputy o'connell violated my fourth and fourteenth Amendment under the federal constitution by violating my privacy rights and giving my private medical Information to sergeant A. Keeney and writing a misbehavior report detailing my medical Information I am also claiming pain and suffering on Deputy o'connell

6

Fourth Claim: Defendant Sergeant A. Keeney violated my fourteenth and fourth Amendment of the federal constitution by depriving me of my privacy rights to medical information. Sergeant A. Keeney signed a misbehavior report that Deputy O'connell wrote detailing my private confidential medical information after reading it and realizing my medical information was being exsposed, as the supervisor the misbehavior report detailing my medical information would not had been filed if Sergeant A. Keeney the supervisor of Deputy O'connell would not had signed the report. I am also claiming supervisor liability on Sergeant A. Keeney for failing to remedy the wrong after Sergeant A. Keeney notice she and Deputy O'connell was exspesing my private confidential medical information.

Fifth Claim: I am claiming Direct Municipal liability and Indirect Municipal liability on the onendaga county justice center jail because more then one of the onendaga county justice center employee violated my fourteenth Amendment of the federal constitution by giving out my private confidential medical information records and for failing to discipline there own employees who violated my constitutional rights after I wrote a grievance on the situation I am also claiming deliberate indifference on the onondaga county justice center facility Also the onendaga county Justice center failed to properly train and supervisor there employee.

7

Sixth claim: I am claiming Direct municipal liability and Indirect municipal liability on Defendant Naphcare medical department for failing to properly train and supervise there employee and discipline there employees, Nurse AJH Young who is a employee for Naphcare medical department violated my fourteenth Amendment of the federal constitution by giving another person my private confidential medical information without my consent and Nurse Markl the superviser employee for Naphcare medical department is a superviser liability for failing to remedy the wrong after I told Nurse Markl that AJH Young gave out my medical information without my consent.

Seventh claim: I'm claiming direct municipal liability and indirect municipal liability on the onendaga county for failing to propaly train, supervise there employees to prevent constitutional violation furthermore the onendaga county failed to discipline there employee after onendaga county found out there employees were violating my constitutional rights Sergeant A. Keeney and Deputy O'Connen who works for the onendaga county Justice center violated my fourteenth Amendment of the federal constitution by giving out my private confidential medical information without my consent.

Relief Requested: I am seeking compensatory damages and punitive damages. I am also asking that any and all records that was made public records of my confidential medical information be destroyed or not be public records.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 7\19\2021

_Plaintiff's Signature_

DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
**CLINTON CORRECTIONAL FACILITY**
P.O. BOX 2001
DANNEMORA, NEW YORK 12929

NAME: Treamen Elmore    DIN: 20B1023

Clinton
Correctional Facility

07/20/2021
US POSTAGE $000.71
ZIP 12929
041M11272305

Clerk, United States District Court
P.O. Box 7367
100 S. Clinton St
Syracuse, NY

U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK
JUL 30 2021
RECEIVED

13261-7367

Legal Mail                    Legal Mail